Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Metro Service Group, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | 22-11197 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACB Management Group LLC<br>8930 Dixon Street<br>New Orleans, LA 70118 | | Trade Vendor | | | | $43,352.92 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1555 | | Trade Debt | | | | $129,942.33 |
| B3NOLA Consulting | blair@b3nola.com | | | | | $140,000.00 |
| BTR (Big Truck Rental)<br>5001 W Lemon Street<br>Tampa, FL 33609 | mark@bigtruckrental.com | Trade Vendor | | | | $150,000.00 |
| Certified Laboratories<br>PO Box 9721269<br>Dallas, TX 75397-1269 | Jeff.Hymel@certifiedlabs.com | Fluids/Oils | | | | $115,919.26 |
| Clean Energy Fuels<br>4675 McArthur Court Ste 800<br>Newport Beach, CA 92660 | Reagan.Noll@cleanenergyfuels.com<br>949-437-1000 | Trade Vendor/Fuels | | | | $55,540.70 |
| Coleman's Wrecker Service<br>P.O. Box 26484<br>New Orleans, LA 70126 | Albert Coleman<br><br>504-241-9422 | Wrecker Service | | | | $50,000.00 |
| DPSC Public Safety Office of State Police<br>P.O. Box 61047<br>New Orleans, LA 70161 | | Fines | | | | $125,779.40 |

Debtor  Metro Service Group, Inc.  Case number (if known)  22-11197
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| G & H Manufacturing<br>1015 Commercial Blvd. S.<br>Arlington, TX 76001 | acctsrec@ghmfg.com | Trade Vendor | | | | $194,775.06 |
| LWCC<br>2237 S. Acadian Thruway<br>Baton Rouge, LA 70808 | | Insurance | | | | $104,244.83 |
| PeopleReady Inc.<br>1015 "A" Street<br>Tacoma, WA 98402 | ecarrera@peopleready.com<br>1-253-383-9101 | Temp Labor | | | | $945,000.00 |
| RDK Truck Sales<br>3214 Adamo Drive<br>Tampa, FL 33605 | gaspar@rdk.com | Trade Vendor | | | | $64,512.00 |
| River Birch Inc.<br>2000 South Kenner Road<br>Westwego, LA 70094 | dominick@riverbirchllc.com<br>504-364-1140 | Landfill | | | | $350,000.00 |
| Spahr Enterprises Inc<br>David Spahr<br>2309 Washington Ave<br>Harvey, LA 70058 | David Soahr<br>spahr1@cox.net<br>504-722-5799 | Fluids/Oil | | | | $68,391.37 |
| Trucks & Parts of Pennsylvania, LLC<br>1620 Horseshoe Pike<br>Glenmoore, PA 19343 | bruce@trucks.com<br>800-488-8889 | Truck Rental | | | | $64,358.00 |
| Trucks & Parts of Tampa, Inc.<br>1015 South 50th Street<br>Tampa, FL 33619 | bruce@trucks.com<br>813-247-6637 | Truck Rental | | | | $72,790.20 |
| Waste Pro<br>1774 N. Flannery Road<br>Baton Rouge, LA 70815 | | Waste Removal | | | | $190,000.00 |