**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 22-11197 |
| | § | |
| METRO SERVICE GROUP, INC., | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Before the Court is the *Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Authorizing Debtor to Assume Executory Contract with the City of New Orleans* (the "Motion To Assume"), [ECF Doc. 65], filed by the Debtor and the Objection to the Motion To Assume filed by the City of New Orleans, [ECF Doc. 106]. Also before the Court is *The City of New Orleans' Motion for Relief from the Automatic Stay To Terminate Contract* (the "Lift-Stay Motion"), [ECF Doc. 70], and the Opposition to the Lift-Stay Motion filed by the Debtor, [ECF Doc. 108]. On February 1, 2023, however, the Court approved a settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, which settled all disputes between the parties. [ECF Doc. 232]. Accordingly,

**IT IS ORDERED** that the status conference in the above-captioned case scheduled for Wednesday, March 8, 2023, at 1:00 p.m. is **CANCELLED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion To Assume and the Lift-Stay Motion are each **DENIED AS MOOT**.

2

**IT IS FURTHER ORDERED** that the counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 7, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE